No. 13-1054

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

E. I. DUPONT DE NEMOURS & COMPANY,

*Plaintiff – Appellee*,

v.

KOLON INDUSTRIES INCORPORATED,

*Defendant – Appellant*.

_____

On Appeal from the United States District Court
for the Eastern District of Virginia,
Case No. 3:09-cv-58-REP

_____

## JOINT STATUS REPORT
_____

Pursuant to this Court's Order of February 1, 2013, Appellant Kolon Industries, Inc. ("Kolon") and Appellee E.I. du Pont De Nemours and Company ("DuPont") respectfully submit this joint status report regarding the district court proceedings below.

On November 22, 2011, the district court entered a money judgment against Kolon for damages in the amount of $920,250,000.00. The district court titled that judgment "Final Judgment on Count One." *E.I. du Pont de Nemours & Co. v.*

*Kolon Industries, Inc.*, No. 3:09cv58-REP (Nov. 22, 2011) (D.I. 1698).  On August

30, 2012, the district court granted DuPont's motion for permanent injunction.  *Id.*

at D.I. 2054.[1]  On August 31, 2012, Kolon appealed the district court's

November 22, 2011 judgment, the district court's August 30, 2012 orders granting

a permanent injunction, and all prior, merged interlocutory orders and judgments

(Case No. 12-2070).[2]  This appeal is currently pending before this Court in Case

No. 12-1260 (consolidated with Case No. 12-2070).

On December 3, 2012, the district court entered an order taxing costs in the

amount of $87,270.85 against Kolon and including these costs in the judgment.

*E.I. du Pont de Nemours & Co. v. Kolon Industries, Inc.*, No. 3:09cv58-REP

(Dec. 3, 2012) (D.I. 2200).  In Kolon's view, this order, which post-dates the final

merits judgment, is a final and appealable order.  On January 2, 2013, Kolon filed a

notice of appeal from the district court's order taxing costs.

On December 13, 2012, the district court entered an order granting in part,

denying in part, and taking under advisement in part DuPont's motion for

attorneys' fees, sanctions, and costs.  *Id.* at D.I. 2209.  The district court granted

---

[1] On September 21, 2012, this Court stayed the permanent injunction pending appeal.  Case No. 12-1260, Docket No. 58.

[2] Kolon previously filed a protective notice of appeal from the November 22, 2011 judgment.  (Case No. 12-1260.)  Upon Kolon's unopposed motion, this Court held Kolon's appeal in abeyance pending a ruling by the district court on the motion for permanent injunction, entry of final judgment, and the filing of an appeal from that judgment.  Case No. 12-1260, Docket Entry No. 25 (Mar. 29, 2012).

DuPont an award of attorneys' fees pursuant to the Virginia Uniform Trade Secret Act, Va. Code Ann. § 59.1-338.1 (2006). The district court, however, took DuPont's motion for attorneys' fees under advisement as to the precise amount of attorneys' fees to be awarded, and ordered further briefing on the issue. In Kolon's view, the district court's December 13, 2012 order is not a final and appealable judgment under 28 U.S.C. § 1291, because the order did not determine the precise amount of attorneys' fees. *See Thompson v. Northrop Grumman Shipbuilding Inc.*, 447 F. App'x 485, 486 (4th Cir. 2011) (unpublished) (citing *John v. Barron*, 897 F.2d 1387, 1390 (7th Cir. 1990)). Nevertheless, in an abundance of caution, Kolon's January 2, 2013 notice of appeal included the December 13, 2012 order as a protective measure to avoid any possibility of jurisdictional foreclosure of Kolon's right to appeal the district court's decisions regarding attorneys' fees.

On January 30, 2013, Kolon and DuPont filed a joint motion requesting that this Court hold Kolon's appeal in abeyance pending the district court's entry of a final and appealable order regarding DuPont's request for attorneys' fees. Docket Entry No. 18 (Jan. 30, 2013). On February 1, 2013, this Court granted the parties' motion. Docket Entry No. 19 (Feb. 1, 2013). The Court directed the parties to file a status report on March 1, 2013, and every thirty days thereafter.

In accordance with this Order, the parties filed a joint status report on March 1, 2013. *See* Docket Entry No. 20. The parties informed the Court that the

supplemental briefing ordered by the district court with respect to DuPont's motion

for attorneys' fees was completed on February 8, 2013. *See E.I. du Pont de*

*Nemours & Co. v. Kolon Industries, Inc.*, No. 3:09cv58-REP (D.I. 2228, 2234,

2243). The parties also informed the Court that the district court had not yet

entered a final and appealable order determining the precise amount of attorneys'

fees awarded to DuPont.

On April 1, 2013, the parties filed their second joint status report, *see* Docket

Entry No. 21, and on May 1, 2013, their third joint status report, *see* Docket Entry

No. 22. In each report, the parties informed the Court that, as of the date of the

report, the district court has not yet entered a final and appealable order

determining the precise amount of attorneys' fees awarded to DuPont. The parties

indicated that they shall inform the Court when this event occurs, and will file their

next status report on May 31, 2013.

The parties now submit this fourth joint status report, informing the Court

that, as of the date of this status report, the district court has not yet entered a final

and appealable order determining the precise amount of attorneys' fees awarded to

DuPont. The parties shall inform the Court when the district court enters such an

order, and will file their next status report in thirty days, on July 1, 2013.[3]

_____

[3] The last day of the 30-day period for the next status report would be June 30,
2013, which is a Sunday. Therefore, in accordance with Federal Rule of Appellate
(continued...)

4

Respectfully submitted,

/s/ Stephen B. Kinnaird
Stephen B. Kinnaird,
Jeffrey G. Randall
Igor V. Timofeyev
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, DC  20005
Telephone: (202) 551-1700
stephenkinnaird@paulhastings.com
jeffreyrandall@paulhastings.com
igortimofeyev@paulhastings.com

*Counsel for Appellant*
***Kolon Industries, Inc.***

May 31, 2013

/s/ Adam H. Charnes
Adam H. Charnes
**KILPATRICK TOWNSEND &
STOCKTON LLP**
1001 West Fourth Street
Winston-Salem, NC  27101-2400
Telephone: (336) 607-7382
acharnes@kilpatricktownsend.com

*Counsel for Appellee*
***E.I. du Pont De Nemours and
Company***

---

(...continued)

Procedure 26(a)(1)(C), the period continued to run until the following day,
Monday, July 1, 2013.

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of May, 2013, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all registered users.

By:   /s/ Stephen B. Kinnaird
Stephen B. Kinnaird
**PAUL HASTINGS LLP**
875 15th Street, N.W.
Washington, DC  20005
(202) 551-1700