**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 7, 2013

_____

STATUS REPORT
FOLLOW-UP NOTICE

_____

No.     13-1054,     <u>E. I. DuPont De Nemours & Co. v. Kolon Industries Incorporated</u>
                    3:09-cv-00058-REP

TO:    Kolon Industries Incorporated
       E. I. DuPont De Nemours & Company

**STATUS REPORT DUE:  08/19/2013**


The court previously directed the filing of status reports. We have not received a status report from the parties. You must remedy this default by the due date shown. Failure to comply with the court's rules and instructions may result in initiation of disciplinary action under Local [Rule 46(g)](#).

Richard H. Sewell, Deputy Clerk
804-916-2702

Copies:   Thomas Moultrie Beshere III
          Stephen Matthew Byers
          Adam Howard Charnes
          Paul D. Clement
          Richard Donald Dietz
          Clifton Scott Elgarten
          Donna L. Goodman
          Jeffrey Matthew Harris
          Stephen Blake Kinnaird
          Jeffrey Graham Randall
          Brian Charles Riopelle

Raymond Michael Ripple
Rodney Allen Satterwhite
Michael Songer
Igor Victor Timofeyev
Thurston Holderness Webb